DENNIS K. BURKE
United States Attorney
District of Arizona
WALLACE H. KLEINDIENST
Assistant United States Attorney
405 W. Congress, Ste 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Email: wallace.kleindienst@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Mag. 11:0035-MHB |
| | ) | |
| v. | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Jared Lee Loughner, | ) | |
| Defendants. | ) | |

NOTICE is hereby given, in accordance with Local Rule Criminal 57.14 and Local Rule Civil 83.3 of the Rules of Practice of the U.S. District Court for the District of Arizona, that Assistant United States Attorney WALLACE H. KLEINDIENST is substituted in place of Assistant United States Attorney PATRICK J. CUNNINGHAM as attorney for the United States.

DATED this 10th day of January, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*S/Wallace H. Kleindienst*
WALLACE H. KLEINDIENST
Assistant U.S. Attorney