UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Phoenix
MAGISTRATE JUDGE'S MINUTES

DATE: 1/10/2011     CASE NUMBER: 11-00035M-001

USA vs. Jared Lee Loughner

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON   #: 70BI

A.U.S. Attorney  Wallace H. Kleindienst/Beverly Anderson     INTERPRETER _____
                                                             LANGUAGE _____

Attorney for Defendant Judy Clarke, Mark Fleming, and Federal Defenders of San Diego, Inc. (Appointed)/ Jon Sands (FPD)

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 1/8/2011            ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ Defendant Sworn                 ☒ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED
                           in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☒ Defendant continued detained pending trial
   ☐ Flight risk  ☒ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:  1/24/11 at 1:30 PM
Before:   MAGISTRATE JUDGE ANDERSON
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset
Set for:
Before:

Other: Oral motion by the Federal Public Defender Jon Sands to have Judy Clarke, Mark Fleming, and Federal Defenders of San Diego, Inc. of California appointed to represent this defendant. No objection. Motion **GRANTED**. Oral motion by defense counsel to seal the Financial Affidavit. No objection. Motion **GRANTED.** Judy Clarke and Mark Fleming are directed to file an application to appear *pro hac vice* on or before Friday, January 14, 2011. Counsel shall comply with the District Court's Local Rules. Later: If defense counsel desire that every District of Arizona district judge and magistrate judge recuse from handling any aspect of this case, they shall promptly file a motion in that regard and it will be addressed by Chief Judge Roslyn Silver.

Recorded by Courtsmart
BY:   Sherise M. Hargrove
Deputy Clerk

IA 32 mins